## Anna Kaznowski, Minor, by Joseph Kaznowski, Her Next Friend, Appellee, v. City of La Salle, Appellant.

### Gen. No. 9,792.

116

Heard in this court at May term, 1942; opinion filed September 17, 1942. M. J. Faletti, for appellant; Hollerich & Hurley, for appellee. Opinion by JUSTICE DOVE. "Not to be published in full."